IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISLA G. TAGGART,<br><br>Defendant. | PO 25-5013-H-KLD<br><br>VIOLATION:<br>F5457281<br>Location Code: M5<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for the violation F5457281 (for a total of $180), and for good cause shown, **IT IS ORDERED** that the $180 fine paid by the defendant is accepted as a full adjudication of violation F5457281.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED. DATED this 25th day of February 2025.

_____
Kathleen DeSoto
United States Magistrate Judge