# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ISLA G. TAGGART, Defendant. | PO 25-5013-H-KLD VIOLATION: F5457281 Location Code: M5 ORDER |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for the violation F5457281 (for a total of $180), and for good cause shown, **IT IS ORDERED** that the $180 fine paid by the defendant is accepted as a full adjudication of violation F5457281.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED. DATED this 25th day of February 2025.

_____
Kathleen DeSoto
United States Magistrate Judge